KRAMSHOR REALTY CORP., Landlord, Appellant, *v.* LENA BASILE, Tenant, Respondent.*

Supreme Court, Appellate Term, First Department, February 5, 1948.

---

* See, also, *Wasservogel* v. *Meyerowitz,* 191 Misc. 594, and *Wasservogel* v. *Becker,* 191 Misc. 599.

*Rosalind Kramer* for appellant.

*Benjamin Weinberger* and *Leo Isacson* for respondent.

MEMORANDUM *Per Curiam.* The clause in the lease providing that the tenant was to.pay any increase allowed to the landlord on its petition or as the result of a general increase, is clear and unambiguous.

The final order should be modified by determining that the amount of rent due is $80, and as modified, affirmed, without costs.

HAMMER, EDER and HECHT, JJ., concur.

Ordered accordingly.